*E-FILED - 7/6/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HECTOR ARTURO OROPEZA, | ) | No. C 09-1871 RMW (PR) |
| | ) | |
| Petitioner, | ) | ORDER OF DISMISSAL |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERT K. WONG, Warden, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

     Petitioner, a state prisoner proceeding pro se, filed the instant habeas corpus petition pursuant to 28 U.S.C. § 2254 on April 29, 2009.  On that same day, the court sent a notification to petitioner informing him that his in forma pauperis application was incomplete because he failed to include a copy of a certificate of funds signed by an authorized prison officer and a trust account statement showing transactions for the prior six months.  The court provided a copy of the correct in forma pauperis application, along with a return envelope, and a notification that the case would be dismissed if petitioner failed to pay the fee or file a completed application with supporting documentation within thirty days.  No response has been received from petitioner.

     As petitioner has not filed a completed in forma pauperis application or paid the filing fee, this case is DISMISSED without prejudice.

///

///

1    The clerk shall terminate any pending motions and close the file.

2        IT IS SO ORDERED.

3    DATED: _____7/2/09_____

RONALD M. WHYTE
United States District Judge

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28