*E-FILED - 1/5/10*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR A. OROPEZA, | No. C 09-01871 RMW (PR) |
| Petitioner, | ORDER GRANTING PETITIONER'S MOTION FOR ENLARGEMENT OF TIME TO FILE TRAVERSE |
| v. | |
| ROBERT K. WONG, Warden, | |
| Respondent. | (Docket No. 17) |

Good cause appearing, petitioner's application for enlargement of time in which to file a traverse is GRANTED. Petitioner shall file a traverse on or before January 5, 2010.

This order terminates docket no. 17.

IT IS SO ORDERED.

DATED: 1/5/10

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Order Granting Petitioner's Motion for Enlargement of Time to File Traverse
P:\PRO-SE\SJ.Rmw\HC.09\Oropeza871EOT-Traverse.wpd