*E-FILED - 11/30/10*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN L. OWENS,<br><br>        Petitioner,<br><br>vs.<br><br>BEN CURRY, Warden,<br><br>        Respondent. | No. C 08-4949 RMW (PR)<br><br>JUDGMENT |

The court has dismissed the instant petition for writ of habeas corpus as moot. A judgment of dismissal is entered. The clerk shall close the file.

IT IS SO ORDERED.

DATED: 11/30/10

                                              RONALD M. WHYTE<br>
                                              United States District Judge